```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    SKYLER F. CHO (Cal. Bar No. 285299)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2475
 7       Facsimile: (213) 894-0141
         E-mail:    skyler.cho@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00281-AB |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT |
| v. | |
| DERRICK DECSHON CLARK, BRIAN DARION RATLIFF, CURTIS DAESHON CLARK, and JORDAN DEON MCCULLOUGH, | |
| Defendants. | |

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | S. Wesley Gorman | wesley.gorman@usdoj.gov |
| Newly Assigned AUSA | Skyler F. Cho | skyler.cho@usdoj.gov |

//

Please make all necessary changes to the Court's case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: May 18, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

 /s/
SKYLER F. CHO
Assistant United States Attorney

Attorneys for Plaintiff-Respondent
UNITED STATES OF AMERICA